UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CECIL EUGENE ROSCOE,

                      Plaintiff,                  NOT FOR PUBLICATION

      -against-                             **ORDER**

NYC CORPORATION COUNSEL, et al.        06-CV-5922 (CBA) (LB)

                      Defendant.
------------------------------------------------------------------x
AMON, United States District Judge:

       The Court has received the Report and Recommendation ("R&R") of the Honorable Lois Bloom, United States Magistrate Judge, dated June 27, 2007, recommending that the case be dismissed because the plaintiff has abandoned the case. Because no party objected to the R&R, the Court hereby adopts the R&R as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case. In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from a judgment entered herein would not be taken in good faith and that *in forma pauperis* status should be denied for purpose of any appeal.

       SO ORDERED.

Dated: Brooklyn, New York
       September 12, 2007

                                                              Carol Bagley Amon
                                                              United States District Judge